# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| MARVEL JONES, | ) | CASE NO. 8:14CV1 |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| BRIAN GAGE, | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Objection (Filing No. 13) to the court's denial of his petition for writ of habeas corpus. On January 8, 2014, the court determined that the petition for writ of habeas corpus was a second or successive petition under 28 U.S.C. § 2244 because it challenged the same conviction and sentence already challenged in this court. (*See* Filing No. 10.) Petitioner argues that the court should not have dismissed his petition as successive without first considering "whether the interests of justice would be better served by addressing the merits of the petition." (Filing No. 13 at CM/ECF p. 1.) However, Section 2244 states that "[b]efore a second or successive [petition for writ of habeas corpus] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Section 2244 is written in mandatory terms ("shall"), leaving no discretion to the district court. As such, Petitioner's Objection will be overruled.

IT IS THEREFORE ORDERED that: Petitioner's Objection (Filing No. 13) is overruled.

DATED this 17th day of April, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.